IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RONALD DEXTER RADFORD,

  Plaintiff,

vs.

HUGH SMITH, Warden, and
JIMMY KENNEDY, Library Supervisor,

  Defendants.

CIVIL ACTION NO.: CV605-029

## ORDER

Plaintiff has filed a Motion for Reconsideration of this Court's Order dated July 13, 2006. That Order denied Plaintiff's Motion to Amend his Complaint[1]. Plaintiff's Motion for Reconsideration is **DENIED**. The Order dated July 13, 2006, shall remain the Order of the Court.

**SO ORDERED**, this 9th day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

---

[1] In Plaintiff's Motion to Amend, he sought, *inter alia*, to Demand a Trial By Jury. Defendants requested a trial by jury in their answer to Plaintiff's complaint. Therefore, the parties shall have a trial by jury on all matters as to which genuine issues of material fact exist.

AO 72A
(Rev. 8/82)