IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RONALD DEXTER RADFORD,

  Plaintiff,

vs.               CIVIL ACTION NO.: CV605-029

HUGH SMITH, Warden, and
JIMMY KENNEDY, Library Supervisor,

  Defendants.

## ORDER

On May 16, 2006, Plaintiff filed a pleading titled "Motion for Summary Judgement with Supplemental For Damages, and Supporting Facts for Reconsideration and Motion to Strike." (Doc. 35.) The portion of Plaintiff's filing titled "Motion to Strike" is **denied**. The Court will review the appropriate evidence when ruling on the Motions for Summary Judgment filed in this case.

**SO ORDERED**, this 9th day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)