IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION



RONALD DEXTER RADFORD,

    Plaintiff,

vs.                                          CIVIL ACTION NO.: CV605-029

HUGH SMITH, Warden, and
JIMMY KENNEDY, Library Supervisor,

    Defendants.

## ORDER

Plaintiff has filed a Motion for Order to Cease and Desist Retaliatory Actions and Appointment of Counsel. Plaintiff asserts that Officer Wilde threatened him with "lock down" when Plaintiff returned to the reference law library, and that Sergeant Hall escorted Plaintiff to his cell and "locked Plaintiff down." Plaintiff states that these actions were in retaliation because he had filed an informal grievance. Neither Officer Wilde nor Sergeant Hall is a party to this case. If Plaintiff believes these officers violated his constitutionally protected rights, he may filed the appropriate civil action after he has exhausted his administrative remedies. Plaintiff's Motion for Order to Cease and Desist Retaliatory Actions is **DENIED**.

Plaintiff has also moved this Court to appoint counsel to assist him with this case. There is no constitutional right to appointed counsel in a civil case such as this one, and in the absence of the showing of an exceptional circumstance the Court is not inclined at this juncture to appoint counsel to assist the Plaintiff. Wahl vs. McIver, 773 F.2d 1169 (11th Cir. 1985).

AO 72A
(Rev. 8/82)

Accordingly, Plaintiff's motion for the appointment of counsel is **DENIED**. Should it become apparent later on in the proceedings that counsel should be appointed, the Court will entertain this motion again at the appropriate time.

**SO ORDERED**, this _10th_ day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev. 8/82)